# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| FRASSON LODOVICO S.r.l. | ) | ASBCA No. 58645 |
| | ) | |
| Under Contract No. W912PF-10-C-0028 | ) | |

APPEARANCE FOR THE APPELLANT:      Mr. Mauro Frasson
    Owner

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    MAJ Nancy J. Lewis, JA
    Trial Attorney

## ORDER OF DISMISSAL

Appellant having advised the Board that "[t]he dispute which is the subject of the appeal has been settled," and that the settlement amount has already been paid, this appeal is hereby dismissed with prejudice.

Dated: 21 January 2015

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58645, Appeal of FRASSON LODOVICO S.r.l., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals